# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

No. 1:10-CV-668

ROBERT PACE and
ROSE PACE

                         Plaintiffs

v.

ALLSTATE INSURANCE
COMPANY, ET AL.

                         Defendants

### Order Adopting Magistrate Judge's Report and Recommendation

This court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on October 22, 2010.[1] The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion to dismiss (Docket No. 35) and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been vacated, it is further

    **ORDERED** that the reference to the magistrate judge is **VACATED**.
So **ORDERED** and **SIGNED** this **12** day of **August, 2011.**

_____
Ron Clark, United States District Judge

---

[1] On August 4, 2011, this case was reassigned to United States Magistrate Judge Zack Hawthorn.